IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER ALLEN COSE,

    Plaintiff,

v.

BELINDA SCHRUBBE,
MARY GORSKE and CHARLES LARSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-540-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Roger Allen Cose leave to proceed and dismissing his claims against Belinda Schrubbe;

(2) granting defendants Mary Gorske and Charles Larson's motion for summary judgment and dismissing this case.

/s/                                                                       2/12/2018

Peter Oppeneer, Clerk of Court                    Date