IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER ALLEN COSE,

    Plaintiff-Appellant,

  -vs-

MARY GORSKE,
CHARLES LARSON, and
BELINDA SCRUBBE,

    Defendants-Appellees.

NOTICE OF APPEAL

Case No.: 14-CV-540-jdp

---

**NOTICE OF APPEAL PURSUANT TO §§ RULE 3 AND 4, OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

**NOTICE IS HEREBY GIVEN**, that Roger Allen Cose, plaintiff in the above-mentioned matter appeals to the United States Court of Appeals for the Seventh District from the final judgment in a civil case and order granting summary judgment to the defendants for sanctions against the defendants, entered on February 12, 2018, in the United States District Court of the Western District of Wisconsin, the Honorable District Judge James D. Peterson, presiding.

Dated this 28th day of February, 2018.

                            Respectfully submitted,

                            */s/ Roger Allen Cose*

                            Roger Allen Cose
                            Plaintiff-Appellant, Pro Se
                            DOC#: 376435
                            Stanley Correctional Institution
                            100 Corrections Drive
                            Stanley, WI 54768-6500

## CERTIFICATE OF MAILING

I, Roger Allen Cose, pursuant to § Rule 4(c), Fed.R.App.P. declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that I have placed (1) original and (5) copies of the Notice of Appeal in an envelope addressed to the Clerk of Court for the Western District of Wisconsin, located at 120 N. Henry St., Rm 320, Madison, WI 53703 and placed that envelope in the mail box on Unit 4C, Stanley Correctional Institution, 100 Corrections Dr., Stanley, WI 54768-6500.

Dated this 4th day of March, 2018.

_____

Roger Allen Cose
Declarant

March 4, 2018

Roger Allen Cose, DOC# 376435
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500

DOC NO
REC'D/FILED

2018 MAR 12 AM 10: 27

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Peter Oppeneer
Clerk of Court
Western District of Wisconin
120 N. Henry St., Rm. 320
Madison, WI 53703

Re: Roger Allen Cose v. Mary Gorske, Charles Larson and Belinda Schrubbe, District Court Case No.: 14-CV-540-jdp

Subject: Notice of Appeal/Composition of the Record.

Dear Mr. Oppeneer,

Enclosed for filing please find (1) original Notice of Appeal and (5) copies of the Notice; one for each of the defendants' counsel, and one each for the defendants, leaving one copy to be stamped as filed and returned to me for the process of this appeal pursuant to § Rule 3(d), Fed.R.App.Pa. Please certify and transmit: (1) the original papers and exhibits filed in the district court, (2) the transcript of proceedings, if any; and (3) certified copy of the docket entries prepared by the district clerk pursuant to § Rule 10(a). Fed.R.App.P.

Enclosed also, please find (1) original of Motion for a Motion for a court order to direct the D.O.C. to take Cose's appeal filing fees for the above mentioned case from Cose's release account only, with exhibits.

Thank you so much for your attention to this matter.

Sincerely,

*[signature: Roger Allen Cose]*

Roger Allen Cose

cc: rac/file

Roger Allen Cose, 376435
Stanley Correctional Institution
100 Corrections Dr.
Stanley, WI 54768-6500



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
120 NORTH HENRY STREET, ROOM 320
MADISON, WISCONSIN 53703



THIS LETTER HAS BEEN
MAILED FROM A
WISCONSIN PRISON SYSTEM
SCI-HU 4C Staff
Date of 3-3-18 Am