IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER ALLEN COSE,

    Plaintiff-Appellant,

– vs –

MARY GORSKE,
CHARLES LARSON, and
BELINDA SCHRUBBE,

    Defendants-Appellees.

PLAINTIFF'S AMENDED NOTICE OF APPEAL

Case No.: 14-cv-540-jdp

AMENDED NOTICE OF APPEAL PURSUANT TO §§ RULE 3,
AND RULE 4(a)(4)(B)(ii), FEDERAL RULES OF CIVIL PROCEDURE

NOTICE IS HEREBY GIVEN, that Roger Allen Cose, plaintiff in the above referenced civil matter, Amends the Notice of Appeal to the United States Court of Appeals for the Seventh Circuit on a appeal from an Opinion and Order entered December 22, 2016, (Dkt. 6); the final Judgment and Order entered on February 12, 2018, (Dkt. 62 and Dkt. 63); and the Order denying motion under Rule 59(e) for sanctions and to alter or amend judgment entered April 9, 2018, in the United States District Court for the Western District of Wisconsin, the Honorable District Judge James D. Peterson, presiding.

Dated this 12th day of April, 2018.

                            Respectfully submitted,

                            Roger Allen Cose
                            Plaintiff-Appellant-Pro se

DOC #376435
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500