Nos. 18-1550 and 18-1810

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ROGER ALLEN COSE, | APPELLANT'S NOTICE AND MOTION FOR APPEAL |
| Plaintiff-Appellant, | |
| - vs - | Case No.: 14-cv-540-jdp |
| BELINDA SCHRUBBE, | |
| Defendant. | |

APPELLANT'S MOTION FOR APPEAL ON PLAINTIFF'S
FORMAL REQUEST FOR LEGAL COUNSEL DENIED BY
WESTERN DISTRICT OF WISCONSIN DISTRICT COURT

Notice is hereby given that the plaintiff-appellant, Roger Allen Cose, respectfully moves the Court for an order granting to vacate the district court judgment and grant plaintiff-appellant formal request for district court to provide legal counsel in the above mention case.

1. Plaintiff-Appellant 1st formal request for assistance in recruiting counsel was 12/15/2015, Dkt. 5, formal request was denied on 12/22/15 Dkt. 6. see: "Order" dated 12-22-2015, pg. 5-6 B. Plaintiff's formal request for legal counsel.

2. Plaintiff-Appellant 2nd request for assistance in recruiting counsel, dated April 2, 2019, Dkt. 94, was denied on April 26, 2019, see Order dated April 26, 2019.

3. The unforeseen circumstances that arise and which preclude access to the law library and use of computer legal research, such as shortage of staff or unanticipated situations that require the assistance of the staff who are assigned to supervise the law library area, and are required to close the law library until further notice, precluding needed research time. Extra law time in only granted to plaintiff(s) that have a court date scheduled within 30 days.

4. Plaintiff was unjustly attacked by a fellow inmate in 2014. Plaintiff is now legally blind in left eye, plaintiff has no iris in left eye and only part of a lens. Plaintiff has a contact, but using it and looking through it, is like being in a fog. The constant working in the dark has put a strain on plaintiff's right eye, because of no iris, too much light causes headaches, and to cover up the bad eye, is even worse, by putting more strain on plaintiff's right eye, trying to read print. Plaintiff now has bi-focal for left eye, plus the glasses and plaintiff's right eye now has tri-focals, both eyes have floaters in them, plaintiff has to have dark tint glasses, to protect eye from light. See Exh. 1, 1a, 1b, 1c.

5. Plaintiff's arthritis over the past few years is to the point, plaintiff cannot sit for long periods of time, arthritis in spine, plaintiff cannot type for long periods of time, and due to the arthritis in hands and wrists, which causes swelling in hand wrist, fingers, and pain in the joints, degenerative joint disease and arthritis in left ankle, peptic ulcers, caused by the different medications plaintiff is on, plaintiff wears wrist braces to help support plaintiff's wrists and hands, plaintiff is on two different arthritis medications now, Diclofenac and Indomethacin. see Exhibit 2, 2a.

6. Plaintiff has permanent lower bunk and permanent 1st floor restrictions, partly due to plaintiff's fractured leg and plaintiff's depth perception is not properly functioning. Plaintiff has swelling in plaintiff's lower left leg, to whit the 2 extra pillows to elevate legs (Exh. 2), and two extra pillows to elevate upper extremities due to plaintiff's GERD. (Exh. 2). Plaintiff has AFO foot "Brace", to support plaintiff's fractured leg and plaintiff's ankle with arthritis and degenerative joint disease.