IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER ALLEN COSE,

    Plaintiff,

  v.

Case No. 14-cv-540-jdp

BELINDA SCHRUBBE,
MARY GORSKE and CHARLES LARSON,

    Defendants.

## AMENDED JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |